UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BRADLEY COUSINS | § | |
| | § | CIVIL NO: |
| vs. | § | AU:16-CV-00852-LY |
| | § | |
| PORTFOLIO RECOVERY ASSOCIATES, | § | |
| LLC, WESTERN SURETY COMPANY | § | |

**ORDER SETTING INITIAL PRETRIAL CONFERENCE**

IT IS HEREBY ORDERED that the above entitled and numbered case has been set for an

INITIAL PRETRIAL CONFERENCE in Chambers, on the Seventh Floor of the United States

Courthouse, 501 West Fifth Street, Austin, Texas, on **June 27, 2017 at 9:30 AM.**

The parties' proposed scheduling order is tentatively approved and the parties shall comply with

the dates set forth in paragraphs 1 through 7 of such proposed order pending the initial pretrial

conference.

FURTHER, the parties are notified that at the initial pretrial conference, the Court will schedule

a final pretrial conference and set a trial month.

SIGNED this **3rd day of April, 2017**.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE